Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Van, Karen J | Case Number: 07 B 11222 |
|---|---|
| | Judge: Squires, John H |
| Printed: 02/17/09 | Filed: 6/22/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 7, 2009
Confirmed: August 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,880.00 | |
| Secured: | | 9,297.86 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 582.14 |
| Other Funds: | | 0.00 |
| Totals: | 9,880.00 | 9,880.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,500.00 | 0.00 |
| 2. | Midwest Title | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 28,144.63 | 8,293.85 |
| 4. | Monterey Financial Services | Secured | 2,930.74 | 1,004.01 |
| 5. | Portfolio Recovery Associates | Unsecured | 2,388.98 | 0.00 |
| 6. | Loan Express Company | Unsecured | 8.84 | 0.00 |
| 7. | Little Company Of Mary Hospital | Unsecured | 30.00 | 0.00 |
| 8. | Capital One | Unsecured | 41.60 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 40.56 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 281.82 | 0.00 |
| 11. | Midwest Title | Unsecured | 45.25 | 0.00 |
| 12. | Nicor Gas | Unsecured | 20.80 | 0.00 |
| 13. | AAAA Checkmate Loan | Unsecured | 32.14 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 79.15 | 0.00 |
| 15. | Sprint Nextel | Unsecured | 33.30 | 0.00 |
| 16. | Wells Fargo Financial Illinois Inc | Unsecured | 1,135.82 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 18. | City Of Chicago | Unsecured | | No Claim Filed |
| | | | $ 38,713.63 | $ 9,297.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 294.84 |
| 6.5% | 287.30 |
| | $ 582.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Van, Karen J

Printed: 02/17/09

Case Number: 07 B 11222
Judge: Squires, John H
Filed: 6/22/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*